**Alexander Hewatt SHEPARD, Plaintiff–Appellant,**

v.

**Mike SLAGLE, Asst. Superintendent of Programs; Dr. Robert Uhren, Inmate Medical Provider; Ellen Wiley, Medical Services Supervisor, Defendants–Appellees.**

No. 14–7174.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Alexander Hewatt Shepard, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Hewatt Shepard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shepard v. Slagle*, No. 1:14–cv–00030–FDW, 2014 WL 3102026 (W.D.N.C. July 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*